## ERIC PLOURDE *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 932 (AC 14524), is denied.

*Jeffrey Brownstein*, in support of the petition.

*Robert T. Morrin*, assistant attorney general, in opposition.

Decided April 22, 1996

## GRANT WESTERSON *v.* VINCENT COCCOLI ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 40 Conn. App. 933 (AC 14112), is denied.

*Michael E. Cronin, Jr.*, in support of the petition.

*John S. Bennet*, in opposition.

Decided April 22, 1996

## STATE OF CONNECTICUT *v.* DAVID MORALES

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 935 (AC 14243), is granted, limited to the following issues: